JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

24-cr-19-jdp

**Place of Offense:**
- City: Wisconsin Dells
- County/Parrish: Sauk

**Related Case Information:**
- Superseding: ___
- Same Defendant: ___
- Magistrate Judge Case Number: ___
- Search Warrant Case Number: ___
- R 20 / R40 from District of: ___
- Docket Number: ___
- New Defendant: ___

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
FEB 21 2024
FILED/REC'D
CLERK OF COURT

**Defendant information:**
- Matter to be Sealed: Yes ___  No ✓
- Def. Name: Adam J. Westbrook
- Alias Name: Adam Vanden Heuvel
- City/State: Neenah, WI
- Year of Birth: 1989
- Last 4 digits of SSN: ___
- Sex: Male
- Race: White

**U.S. Attorney Information:**
- Elizabeth Altman
- Bar #: ___
- Interpreter: ✓ No ___ Yes
- List language and/or dialect: ___

**Location Status:**
- Arrest Date: February 16, 2024
- ___ Already in Federal Custody as of: ___ in ___
- ✓ Already in State Custody
- ___ On Pretrial Release

**U.S.C. Citations:**
- Total # of Counts: 1
- ___ Petty
- ___ Misdemeanor  Class A ___  Class B ___  Class C ___
- ✓ Felony

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252(a)(2) | Distribution of child pornograpy | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: February 21, 2024

Signature /s/ Elizabeth Altman