**U.S. DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**
FEB 2 1 2024
FILED/REC'D
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| UNITED STATES OF AMERICA | INDICTMENT |
|---|---|
| v. | Case No. 24-cr-19-jdp |
| ADAM J. WESTBROOK, | 18 U.S.C. § 2252(a)(2) |
| Defendant. | |

---

THE GRAND JURY CHARGES:

## COUNT 1

On or about January 27, 2024, in the Western District of Wisconsin, the defendant,

ADAM J. WESTBROOK,

knowingly distributed a visual depiction using any means or facility of interstate and foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and the depiction was of such conduct. Specifically, WESTBROOK used Snapchat to send two videos, one ending in 924 and one ending in 980, of Minor A engaged in sexually explicit conduct.

(In violation of Title 18, United States Code, Section 2252(a)(2)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 2024-02-21

_____
TIMOTHY M. O'SHEA
United States Attorney