# COURTROOM MINUTES
## ARRAIGNMENT/PLEA HEARING

DATE: 2/22/2024   DAY: Thursday   START TIME: 11:15 am   END TIME: 11:21 am

JUDGE/MAG.: Stephen L Crocker   CLERK: rks   REPORTER: FTR

PROBATION OFFICER: ___   INTERPRETER: ___   SWORN: YES ☐ NO ☐

CASE NUMBER: 24-cr-19-jdp   CASE NAME: USA v. Adam J Westbrook

**APPEARANCES:**

ASST. U.S. ATTY.: Anita Boor   DEFENDANT ATTY.: Nathan Otis

DEFENDANT PRESENT: YES ☒ NO ☐

**OFFENSE INFORMATION:**

MAXIMUM PENALTY: CT(S) 1 ; 20 YR(S) IMPRISONMENT; $250,000 FINE; LIFE YEAR(S) SUPERVISED RELEASE; $100 SPECIAL ASSESSMENT; ☐ RESTITUTION.

DEFENDANT AGE: ___   ☐ INDICTMENT/INFORMATION READ   ☒ DEFENDANT WAIVES READING

**PLEA:**

- ☐ GUILTY
- ☐ NOT GUILTY
- ☐ NO CONTEST
- ☐ MUTE

- ☐ DEFENDANT SWORN
- ☐ PLEA ACCEPTED AS KNOWING AND VOLUNTARY
- ☐ DEFT. ADJUDGED GUILTY BY COURT

**TRIAL SCHEDULE:**

JURY SEL./TRIAL: ___   TRIAL ESTIMATE: ___ DAYS
PTMH/EVID. HRG.: ___   MOTIONS DUE: ___
FPTC: ___   FPTC SUBMISSIONS: ___
FINAL HEARING: ___

**SENTENCING SCHEDULE:**

PRESENTENCE REPORT DUE: ___   OBJECTIONS DUE: ___
SENTENCING: ___ at ___

**RELEASE/DETENTION:**

- ☐ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.
- ☒ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.
- ☐ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: ___

**NOTES:**
Telephonic Scheduling Conference will be scheduled at a later date.

TOTAL COURT TIME: 0'06"