

**nicholson goetz & otis, s.c.**
22 east mifflin street, suite 90
madison, wisconsin 53703

attorney jessa nicholson goetz
attorney nathan otis
attorney paisley hoffman
attorney andrea winder
attorney emily bell

March 12, 2024

Hon. Stephen L. Crocker
United States Courthouse
120 N. Henry St.
Madison, WI 53703

In re:   *Unites States v. Adam Westbrook*
       Case No. 3:24-cr-19-jdp
       Letter in re: Release Hearing

Dear Magistrate Judge Crocker,

    Mr. Westbrook is requesting a hearing to address his pre-trial release in the above captioned case. A plan for said release has been provided to the US probation pre-trial services department and should be included in the forthcoming pre-trial services report. I am requesting that we schedule a pre-trial release hearing during tomorrow's scheduling conference.

Sincerely,
/s/
Nathan Otis
Attorney for Defendant

CC:   AUSA Elizabeth Altman  (via ecf)
       Ryan Plender (via e-mail)

phone: 608.237.6854     web: www.nglawyers.com     fax: 608.819.8273