

**U.S. Department of Justice**

**United States Attorney**
**Western District of Wisconsin**

*Telephone 608/264-5158*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
*222 West Washington Avenue, Suite 700*
*Madison, Wisconsin 53703*

July 12, 2024

Nathan Otis
Nicholson Goetz & Otis, S.C.
22 East Mifflin Street, Suite 90
Madison, WI  53703

   Re: *United States v. Adam Westbrook*
      Case No:  24-cr-00019-jdp

Dear Mr. Otis:

  Enclosed please find a USB containing additional discovery that is subject to the Non-Disclosure Agreement (Bates Nos. WESTBROOK_009122 – WESTBROOK_009276), along with Excel spreadsheet containing log of the discovery. As noted on the device, this USB drive is property of the U.S. Attorney's Office.  At your earliest convenience, please transfer the discovery from the USB drive to your computer or other storage media and return the USB drive to the U.S. Attorney's Office, attention Lisa Pierce.  My colleague, Lisa Pierce, will email you the password for the enclosed USB drive.

  If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

            Very truly yours,

            TIMOTHY M. O'SHEA
            United States Attorney

         By:   /s/
            ELIZABETH ALTMAN
            Assistant United States Attorney