

**U.S. Department of Justice**

*United States Attorney*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

_Address:_
*222 West Washington Avenue, Suite 700*
*Madison, Wisconsin 53703*

October 2, 2024

Nathan Otis
Nicholson Goetz & Otis, S.C.
22 East Mifflin Street, Suite 90
Madison, WI  53703

        Re:    *United States v. Adam Westbrook*
                Case No:  24-cr-00019-jdp

Dear Mr. Otis:

        Enclosed please find a USB containing additional discovery (Bates Nos.
WESTBROOK_009277 – WESTBROOK_009500), along with Excel spreadsheet
containing log of the discovery. As noted on the device, this USB drive is property of
the U.S. Attorney's Office.  At your earliest convenience, please transfer the discovery
from the USB drive to your computer or other storage media and return the USB drive
to the U.S. Attorney's Office, attention Lisa Pierce.  My colleague, Lisa Pierce, will email
you the password for the enclosed USB drive.

        If you have any questions regarding this matter, please do not hesitate to contact
me at (608) 264-5158.

                                Very truly yours,

                                TIMOTHY M. O'SHEA
                                United States Attorney

                        By:            /s/
                                ELIZABETH ALTMAN
                                Assistant United States Attorney