

**U.S. Department of Justice**

**United States Attorney**
**Western District of Wisconsin**

*Telephone 608/264-5158*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

_Address:_
*222 West Washington Avenue, Suite 700*
*Madison, Wisconsin 53703*

February 11, 2025

Alexander Vlisides
Federal Defender Services of Wisconsin, Inc.
22 East Mifflin Street, Suite 1000
Madison, WI 53703

      Re:    *United States v. Adam Westbrook*
              Case No:  24-cr-00019-jdp

Dear Mr. Vlisides:

      Uploaded to USAfx is additional discovery in the above matter Bates numbered WESTBROOK_009501 to WESTBROOK_009632.

      If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

              Very truly yours,

              TIMOTHY M. O'SHEA
              United States Attorney

      By:        /s/
              ELIZABETH ALTMAN
              Assistant United States Attorney