

**U.S. Department of Justice**

*United States Attorney's Office*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
*222 West Washington Avenue*
*Suite 700*
*Madison, Wisconsin 53703*

May 14, 2026

Chief Judge James D. Peterson
United States District Court
Western District of Wisconsin
120 North Henry Street
Madison, WI 53703

     Re:    *United States v. Adam Westbrook*, No. 24-cr-19-jdp

Dear Judge Peterson:

     Enclosed is an unencrypted USB containing the government's exhibits for the May 15 evidentiary and sentencing hearing.

     Exhibit 1 (a copy will be provided the morning of May 15 before the hearing) is a sanitized image of "Tim Drake's" profile picture from the "Dads and Uncles Telegram group which depicts Minor A.

     Exhibit 1A (not provided) is an un-sanitized image of "Tim Drake's" profile picture from the "Dads and Uncles Telegram group which depicts Minor A. The government is not seeking to admit Exhibit 1A into evidence. Exhibit 1A will be retained by the government and destroyed, after the hearing, according to policy.

     Exhibit 2 (Westbrook_008251) photograph of personal items from the defendant's office at the Outagamie County Government Center.

     Exhibit 3 (Westbrook_009121) subscriber information for the defendant's Snapchat account "sonofthebat7."

     For the Court's awareness and planning, based on the defendant's admissions in his letter to the court that he did take the photograph that is the image of Tim Drake's

profile picture, the government does not anticipate calling witnesses.

If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

Very truly yours,

CHADWICK M. ELGERSMA
United States Attorney

By: /s/

_____

LOUIS GLINZAK
ELIZABETH ALTMAN
Assistant U. S. Attorneys

Enclosure

c: Alex Vlisides and Guy Cardamone (bates stamps are indicated above for reference for defense counsel's convenience)